IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Cheryl Weiler | ) | |
|     Plaintiff, | ) | Case No: 3:17 CV 50245 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Nancy Nelson, et al. | ) | |
|     Defendants. | ) | |

## **ORDER**

    Motion hearing held on 2/15/2018. It is this Court's report and recommendation that defendant's motion to dismiss [23] be denied for the reasons stated in plaintiff's response [25]. Any objection to this Report and Recommendation shall be filed by March 1, 2018. Failure to object may constitute a waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260 (7th Cir. 1989).

    On defendant's motion to dismiss [9], the briefing schedule is amended as follows: response due 2/20/2018; reply due 3/14/2018. The parties' case management order is revised as follows: Rule 26(a)(1) disclosures are now due 2/28/2018; 35 interrogatories and 30 requests to admit by each party to any other party; 10 depositions for the plaintiff and 7 for the defendants, each limited to 4 hours except for party and Rule 30(b)(6) representative depositions which are limited to 7 hours each; amended pleadings, new counts or parties, and third-party complaints by 7/20/2018; Rule 26(a)(2)(C) disclosures and Rule 26(e) supplements by 12/14/2018; fact discovery ends 1/22/2019; dispositive motions by 2/25/2019; and retained expert dates are reserved.

    A telephonic status hearing is set for 4/19/2018 at 9:00 AM. By 4/17/2018, counsel shall provide their direct-dial telephone numbers for the hearing to the Court's operations specialist, who will initiate the call.

(:05)
Date: February 15, 2018                             /s/ Iain D. Johnston
                                                                          U.S. Magistrate Judge