# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cheryl Weiler, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50245 |
| | ) | |
| Nancy Nelson, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [26] from the magistrate judge recommending that this court deny defendants' motion to dismiss [23]. Accordingly, there being no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), the court, having reviewed the R&R, accepts the R&R and denies the motion.

Date: 3/5/2018                    ENTER:

                                  _____
                                  FREDERICK J. KAPALA
                                  District Judge